# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0475

VERSUS

PATRICK D. JAMES                                      **JULY 5, 2022**

---

In Re:    Patrick D. James, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          518,531.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT DENIED.** The sentence reductions which relator seeks
to avail himself of apply retroactively only to inmates
sentenced prior to June 15, 2001. See La. R.S. 15:308(A)(1) &
(2) (prior to amendment by 2014 La. Acts No. 340, § 1).
Relator's habitual offender sentence was imposed in 2012.
Accordingly, the district court did not err by denying the
motion to correct an illegal sentence.

                              **PMc**
                              **JEW**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT